IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CV-114-D

| | | |
|---|---|---|
| CECIL LOUIS HIGGINBOTHAM, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Plaintiff's Application for Attorney's Fee Under the Equal Access to Justice Act (EAJA), and with no objection by Defendant, Michael J. Astrue, Commissioner of Social Security,

It is hereby ORDERED that the Defendant pay to Plaintiff, the sum of $1,020.00 in full satisfaction of any and all claims arising under the EAJA, 28 U.S.C. § 2412, with said funds being mailed to the law offices of Plaintiff's counsel, David L. Best, 410 New Bridge Street, Suite 3A, Jacksonville, North Carolina, 28540.

Upon payment, this case with be dismissed with prejudice..

This  24  day of  June  , 2010.

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE