# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

| | |
|---|---|
| CECIL LOUIS HIGGINBOTHAM, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> *Commissioner of the Social* ) <br> *Security Administration,* ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 7:09-CV-114-D** |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. §405(g), and upon consideration of the Commissioner's unopposed motion to remand this action for further administrative proceedings [D.E. 16], the court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. §405(g), and REMANDS the action to the Commissioner for further administrative proceedings with respect to plaintiffs claim of disability. See Shala1a v. Schaefer, 509 U.S. 292, 296-97 (1993); Melkonyan v. Sullivan, 501 U.S. 89, 97-98 (1991). Plaintiff's motion for judgment on the pleadings [D.E. 12] is DENIED as moot.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 4, 2010** WITH A COPY TO:

David L. Best  (via CM/ECF Notice of Electronic Filing)

Thomas M. Nanni (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| <u>August 4, 2010</u> | DENNIS P. IAVARONE, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | <u>/s/Debby Sawyer          </u> |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |